UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.     Case No. 2:16-cr-57-FtM-38CM

MARQUE AMASON
_____

## **FORFEITURE MONEY JUDGMENT**

The defendant pled guilty to a wire fraud scheme, in violation of 18 U.S.C. § 1343. The United States of America has established that $8,500.00 in proceeds was obtained as a result of the offense to which the defendant pled guilty.

The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure for entry of a forfeiture money judgment in the amount of $8,500.00. The motion for entry of a forfeiture money judgment is **GRANTED**. Under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the defendant shall be held liable for a forfeiture money judgment in the amount of $8,500.00, which represents the amount of proceeds obtained as a result of the offense charged in Count One of the Indictment.

The United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the money judgment. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

**DONE and ORDERED** in Fort Myers, Florida, on this 9th day of June, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record